United States District Court

Eastern District of California

Mark Anthony,

    Petitioner,   No. Civ. S 05-0482 FCD PAN P

  vs.   Order

John Marshall, et al.,

    Respondents.

-oOo-

June 6, 2005, respondent requested an extension of time to file and serve a response to the petition. Good cause appearing, respondent's request is granted and time is extended until 30 days from the date this order is signed.

So ordered.

Dated: June 9, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge