United States District Court

Eastern District of California

Mark Anthony,

      Petitioner,

vs.

John Marshall, et al.,

      Respondents.

No. Civ. S 05-0482 FCD PAN P

Order

-oOo-

July 25, 2005, petitioner requested an extension of time to file and serve a reply to respondents' answer. Good cause appearing, petitioner's request is granted and time is extended until 30 days from the date this order is signed.

So ordered.

Dated: August 17, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge

anth0482.grnt pet eot.wpd