1

2

3

4

5

6

7

8                     United States District Court

9                     Eastern District of California

10

11

12  Mark Anthony,

13          Petitioner,                Civ. No. S 05-0482 FCD PAN P

14      vs.                            Order

15  John Marshall, et al.,

16          Respondents.

17                              -oOo-

18      October 17, 2005, petitioner requested appointment of

19  counsel.  His request is denied for reasons explained in the

20  court's August 5, 2005, order.

21      So ordered.

22      Dated:  October 20, 2005.

23                                    /s/ Peter A. Nowinski
                                      PETER A. NOWINSKI
24                                    Magistrate Judge

25

26