United States District Court

Eastern District of California

Mark Anthony,

        Petitioner,                       No. Civ. S 05-0482 FCD PAN P

   vs.                                 Order

John Marshall,

        Respondent.

-oOo-

    July 25, 2005, petitioner requested an extension of time to serve and file a reply to the petition.  August 17, 2005, I granted petitioner a 30-day extension.  October 11, 2005, petitioner requested a second extension.  Respondent filed no opposition.

    The court may grant petitioner an extension of time to file and serve a reply if petitioner's failure timely so to do resulted from excusable neglect.  Fed. R. Civ. P. 6(b).  To determine whether neglect is excusable, I must consider the

danger of prejudice to respondent, the length of the delay and its potential impact on judicial proceedings, the reason for the delay, including whether it was within plaintiff's control, and whether defendant acted in good faith. <u>Committee for Idaho's High Desert, Inc., v. Yost</u>, 92 F.3d 814, 825 & n.4. (9th Cir. 1996). Carelessness does not usually constitute excusable neglect. <u>See</u> <u>Kyle v. Campbell Soup Company</u>, 28 F.3d 928, 929 (9th Cir. 1993) (stating inadvertence, ignorance of court rules and misconstruction of court rules usually do not constitute excusable neglect).

Petitioner's reply should have been filed by September 16, 2005, and so the delay is minimal. Petitioner's address has changed three times since July and he seeks an extension because he lost access to his legal materials after the most recent move.

I find respondent will not be prejudiced, the delay is minimal and will not impact these proceedings, it is unclear whether the delay was within petitioner's control and there is no evidence petitioner is acting in bad faith.

Accordingly, petitioner's October 11, 2005, request is granted.

So ordered.

Dated: November 22, 2005.

                                        /s/ Peter A. Nowinski
                                      PETER A. NOWINSKI
                                      Magistrate Judge