IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK ANTHONY,

    Petitioner,               No. CIV S-05-0482 FCD EFB P

    vs.

JOHN MARSHALL, et al.,

    Respondents.          ORDER

_____/

        On April 11, 2009, plaintiff filed a request for reconsideration of the magistrate judge's order filed March 30, 2009, denying his request to file a supplemental petition. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed March 30, 2009, is affirmed.

DATED: July 14, 2009.

                              FRANK C. DAMRELL, JR.
                              UNITED STATES DISTRICT JUDGE

1